# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| BETTINA HONEYCUTT, FRANCISCO GILMORE, and JENNIFER COLBURN, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>BROAD RIVER PHYSICIANS GROUP, LLC and MEDLYTIX, LLC,<br><br>      Defendants. | Civil Action No. 2:24-cv-05922-BHH<br><br>**NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE** that Defendant, Medlytix, LLC ("Medlytix"), by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, petitions this Court for removal of this action, currently pending in the Court of Common Pleas, Charleston County, South Carolina, Case No. 2024-CP-10-04598 (the "State Court Action"). In support, Medlytix states as follows:

### I.    NATURE OF ACTION

1. On or about September 13, 2024, Plaintiffs Bettina Honeycutt, Francisco Gilmore, and Jennifer Colburn, individually and on behalf of all others similarly situation (collectively "Plaintiffs"), filed a Complaint (the "Complaint") in the State Court Action, pleading seven causes of action against Broad River Physicians Group, LLC ("Broad River") and Medlytix (collectively "Defendants"): (i) Breach of Contract (as against Broad River); (ii) Tortious Interference with a Contractual Relationship (as against Medlytix); (iii) Negligence (as against both Defendants); (iv) Unjust Enrichment (as against both Defendants); (v) Declaratory Judgment (as against Broad

River); (vi) Injunctive Relief (as against both Defendants); and (vii) Violations of the Fair Debt Collections Practices Act (as against Medlytix). *See* <u>Exhibit A</u> for a copy of the Complaint.

## II.     NOTICE OF REMOVAL IS TIMELY

2. Plaintiff purports to have served Medlytix with a copy of the Complaint on September 17, 2024.[1] *See* <u>Exhibit B</u>.

3. As Medlytix has filed this Notice of Removal within thirty (30) days of Plaintiff's purported service upon it of the Complaint, this Notice of Removal is timely. *See* 28 U.S.C. § 1446(b).

## III.    FEDERAL QUESTION JURISDICTION EXISTS

4. Pursuant to 28 U.S.C. § 1441(a), cases that are subject to removal include "any civil action brought in a state court of which the District Courts of the United States have original jurisdiction."

5. Pursuant to 28 U.S.C. § 1367, "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

6. The District Court has federal question jurisdiction under 28 U.S.C. § 1331 over the State Court Action because Plaintiffs' claim of Violations of the Fair Debt Collections Practices Act against Medlytix is a cause of action that arises under the Constitution, treaties, or laws of the United States.

---

[1] Medlytix reserves the right to challenge proper service of process in its responsive pleadings.

7. The District Court has supplemental jurisdiction under 28 U.S.C. § 1367 over the remaining state law claims because these claims are a part of the same case or controversy as the claims over which the court has original federal question jurisdiction.

## IV. REMOVAL TO THIS DISTRICT IS PROPER

8. Venue is proper in this Court because this Court is in the judicial district and division embracing the place where the State Court Action was brought and is pending. Thus, it is the proper district court to which this case should be removed. *See* 28 U.S.C. §§ 1441(a) and 1446(a).

## V. REMOVAL REQUIREMENTS

9. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders filed to date in the State Court Action are attached as Exhibit A.

10. Pursuant to 28 U.S.C. § 1446(d), Medlytix shall give written notice of the removal of this action to all parties and shall file a copy of this notice with the Clerk of the Court of Common Pleas, Charleston County, South Carolina.

11. Pursuant to 28 U.S.C. § 1441(c)(2), Medlytix does not require the consent of Broad River Physicians Group, LLC to remove this action.

## VI. RESERVATION OF RIGHTS

12. Medlytix reserves any and all rights to assert any defenses to Plaintiffs' Complaint, including the right to file dispositive motions pursuant to Rule 12 of the Federal Rules of Civil Procedure.

13. Medlytix reserves the right to amend or supplement this Notice of Removal.

**WHEREFORE**, Medlytix respectfully requests that this case be properly removed, that the Court accept jurisdiction over the action, and that this action be entered into the docket of this Court for further proceedings as if the action had originally been instituted in this Court.

Respectfully submitted,

<u>/s/ J. Walker Coleman IV</u>
J. Walker Coleman IV
E-mail: walker.coleman@klgates.com
Jennifer H. Thiem
E-mail: jennifer.thiem@klgates.com
K&L Gates LLP
134 Meeting Street Ste 5000
Charleston, SC 29401
Telephone: (843) 579-5627

*Attorneys for Defendant*
*Medlytix, LLC*

October 16, 2024

320819844.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| BETTINA HONEYCUTT, FRANCISCO GILMORE, and JENNIFER COLBURN, individually and on behalf of all others similarly situated, <br><br>    Plaintiffs,<br><br>vs.<br><br>BROAD RIVER PHYSICIANS GROUP, LLC and MEDLYTIX, LLC,<br><br>    Defendants. | **Civil Action No.**<br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that a copy of the **NOTICE OF REMOVAL** was served upon the following counsel of record by mailing a copy of the same to them, postage prepaid, in the United States Mail, to the address as shown below this 16th day of October 2024:

>James L. Ward, Jr.
>MCGOWAN, HOOD, FELDER & PHILLIPS, LLC
>10 Shem Drive, Suite 300
>Mount Pleasant, SC 29464
>Tel.: (843) 388-7202
>Email: jward@mcgowanhood.com
>
>Mark Bringardner
>BRINGARDNER INJURY LAW FIRM
>41 Broad Street
>Charleston, SC 29401
>Tel.: (843) 380-5299
>Email: mark@bringardner.com

320819844.1

Gibson Solomons, III
SPEIGHTS & SOLOMONS, LLC
100 Oak Street, East
Hampton, SC 29924
Tel.: (803) 943-4444
Email:gsolomons@speightsandsolomons.com

*Counsel for Plaintiffs*


Brandt R. Horton
J Clement Rivers, LLP
25 Calhoun Street
Charleston, SC 29401
Tel.: (843) 724-6620
Email: BHorton@ycrlaw.com

*Counsel for Broad River Physicians Group, LLC*


                      */s/ J. Walker Coleman*